IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>**CHELSEA JACKSON**,<br><br>Defendant | NO. 5: 04-CR-127 (WDO)<br><br>RE: VIOLATION OF CONDITIONS OF RELEASE |

## ORDER OF REVOCATION AND DETENTION

Defendant CHELSEA JACKSON, represented by legal counsel Jack W. Jenkins, Jr. of the Macon Bar, this day appeared before the undersigned for a hearing under provisions of 18 U.S.C. §3148 on a **MOTION FOR REVOCATION OF PRETRIAL RELEASE**. Tab #120. The government was represented by Assistant U. S. Attorney Jennifer Kolman. Upon consideration of the evidence presented and proffered and of legal argument of counsel for the parties,

THE COURT FINDS:

(1) that the defendant JACKSON has violated conditions of release by violating state/federal law, to-wit: the defendant sold crack cocaine to a confidential informant on or about January 7th and January 26, 2005, as alleged in said petition;

(2) that based on the factors set forth in 18 U.S.C. §3142(g), there is no condition or combination of conditions of release that will assure that he will not pose a danger to the safety of the community and its inhabitants by continuing to sell illegal drugs, in violation of state and federal law; and,

(3) that defendant JACKSON is unlikely to abide by conditions of release prohibiting the violation of state/federal law by selling illegal drugs, as he has demonstrated the desire and ability to do so while on release from this court on a serious drug felony.

**ACCORDINGLY, IT IS ORDERED AND DIRECTED** that the court's **ORDER OF RELEASE** entered November 15, 2004, be, and it is, **REVOKED**.  The defendant is ordered **DETAINED** and is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a jail facility pending disposition of this proceeding. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the jail facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 23rd day of AUGUST, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE